# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| COM, EX REL IN RE ALLEN GINN, RELATOR/, | : No. 119 EM 2016 |
| Petitioner | : |
| v. | : |
| CYNTHIA LINK, SUPERINTENDENT; R. SETH WILLIAMS, DISTRICT ATTORNEY; KATHLEEN G. KANE, ATTORNEY GENERAL, | : |
| Respondents | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of September, 2016, the Petition Requesting Exercise of Extraordinary Relief is **DENIED**.